JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS, <br><br> Petitioner, <br><br> v. <br><br> J. GASTELO, Warden, <br><br> Respondent. | Case No. CV 19-9871-PA (KK) <br><br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the action is DISMISSED and (1) Claims One and Three of the Petition challenging Petitioner's ineligibility for early parole review are DISMISSED without prejudice to Petitioner filing a civil rights complaint pursuant to 42 U.S.C. § 1983; and (2) Claim Two of the Petition challenging the November 6, 2018 disciplinary hearing is DENIED and DISMISSED with prejudice.

Dated: March 25, 2020

PERCY ANDERSON
United States District Judge